**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tall City Well Service, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-70079** |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RBJ & Associates, LLC<br>P.O. Box 50475<br>Midland, TX 79710 | | Goods and/or Services | | | | $233,520.00 |
| 2 | NGL Water Solutions Permian, LLC<br>ATTN: Treasury<br>3773 Cherry Creek N Dr., Ste 1000<br>Denver, CO 80209 | | Goods and/or Services | | | | $196,232.00 |
| 3 | Corey Sly Electrical Svc., Inc.<br>1406 Cotton Flat<br>Midland, TX 79701 | | Goods and/or Services | | | | $89,480.49 |
| 4 | Pyote Water Systems IV, LLC<br>400 W. Illinois Ste 950<br>Midland, TX 79701 | | Goods and/or Services | | | | $85,964.45 |
| 5 | O Rourke Petroleum<br>P.O. Box 301150<br>Dallas, TX 75303-1150 | | Goods and/or Services | | | | $61,241.68 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

| Debtor | Tall City Well Service, LP | Case number (if known) | 16-70079 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Texas SWD Co, Inc. P.O. Box 444 Big Lake, TX 76932 | | Goods and/or Services | | | | $60,237.95 |
| 7 | Mantek P.O. Box 971269 Dallas, TX 75397-1269 | | Goods and/or Services | | | | $50,014.02 |
| 8 | Maverick Sherrod SWD No. 1, LLC P.O. Box 1071 Midland, TX 79702 | | Goods and/or Services | | | | $43,132.95 |
| 9 | Trinity Environmental SWD-Permian Basin 13443 Hwy 71 West Bee Cave, TX 78738 | | Goods and/or Services | | | | $40,581.17 |
| 10 | Geoforce, Inc. Dept. 3241 P.O. Box 123241 Dallas, TX 75312-3241 | | Goods and/or Services | | | | $36,019.50 |
| 11 | G & K Services, Inc. P.O. Box 842385 Boston, MA 02284 | | Goods and/or Services | | | | $32,136.23 |
| 12 | Airgas USA, LLC P.O. Box 676015 Dallas, TX 75267-6015 | | Goods and/or Services | | | | $29,052.25 |
| 13 | McWhorter's Ltd P.O. Box 2974 Lubbock, TX 79408 | | Goods and/or Services | | | | $23,620.70 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

| Debtor | **Tall City Well Service, LP** | Case number (if known) **16-70079** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Odessa Physical Therapy<br>4407 N. Grandview<br>Odessa, TX 79762 | | Goods and/or Services | | | | $21,705.00 |
| 15 | Tall City Brine, LLC<br>203 W. Wall Street, Ste 700<br>Midland, TX 79701 | | Goods and/or Services | | | | $21,336.75 |
| 16 | Leather Neck Svc.<br>P.O. Box 1177<br>Crane, TX 79731-1143 | | Goods and/or Services | | | | $18,586.00 |
| 17 | Rush-Overland Manufacturing<br>P.O. Box 2488<br>2700 East I-20<br>Odessa, TX 79760-2488 | | Goods and/or Services | | | | $17,320.00 |
| 18 | Henderson & Erickson, Inc.<br>410 N. Main<br>Midland, TX 79701 | | Goods and/or Services | | | | $16,173.25 |
| 19 | MTN Energy Corp<br>23 W Industrial Loop<br>Midland, TX 79701 | | Goods and/or Services | | | | $15,794.00 |
| 20 | Parsley Energy Operations, LLC<br>P.O. Box 11090<br>Midland, TX 79702 | | Goods and/or Services | | | | $15,423.00 |