**Fill in this information to identify the case**

Debtor name **Tall City Well Service, LP**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70079**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account** | | | |
| **Wells Fargo** | **Checking account** | _ _ _ _ | $11,461.00 |
| 3.2. **Checking account** | | | |
| **Platinum Bank** | **Checking account** | _ _ _ _ | $2,752.00 |
| 3.3. **Checking account** | | | |
| **Wells Fargo** | **Checking account** | _ _ _ _ | $10,000.00 |
| 3.4. **Checking account** | | | |
| **Wells Fargo** | **Checking account** | _ _ _ _ | $16,000.00 |

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

**4.  Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$40,213.00

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**7.1.  Security Deposit**
**City of Odessa, Texas**

$200.00

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$200.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a.  90 days old or less: | **$8,010,518.00** | – | **$0.00** | = .............. ➔ | **$8,010,518.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b.  Over 90 days old: | **$0.00** | – | **$0.00** | = .............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$8,010,518.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Schedule A/B: Assets -- Real and Personal Property**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

|  | Valuation method used for current value | Current value of debtor's interest |
|--|------------------------------------------|------------------------------------|

14. Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

    Name of entity:        % of ownership:

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.        **$0.00**

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.        **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|

28. **Crops--either planted or harvested**

Debtor    **Tall City Well Service, LP**                                    Case number (if known)  __16-70079__
          Name

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture** | | | |
| **Office furniture**<br>**See Exhibit** | $15,000.00 | Liquidation | $15,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    $15,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **Vehicles**<br>**See Exhibit** | $4,153,800.00 | Liquidation | $4,153,800.00 |
|---|---|---|---|---|
| 47.2. | **Trailers**<br>**See Exhibit** | $68,000.00 | Liquidation | $68,000.00 |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1. | **Mobile homes for employees**<br>**See Exhibit** | $87,000.00 | Liquidation | $87,000.00 |
|---|---|---|---|---|

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | **Shop Equipment**<br>**See Exhibit** | $25,000.00 | Liquidation | $25,000.00 |
|---|---|---|---|---|

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $4,333,800.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | of debtor's interest in property | debtor's interest (Where available) | used for current value | debtor's interest |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Debtor    **Tall City Well Service, LP**
_____    Case number (if known)  __16-70079__
          Name

|  | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

**Fuel and parts inventory**
**See Exhibit**
_____    $47,000.00

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.    $47,000.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $40,213.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,010,518.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,333,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $47,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $12,446,731.00 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. **$12,446,731.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tall City Well Service, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-70079** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $12,428,779.00

Debtor **Tall City Well Service, LP**     Case number (if known) **16-70079**

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.1**

| | |
|---|---|
| Creditor's name<br>**Wells Fargo Bank** | Describe debtor's property that is subject to a lien |
| | **Equiptment** |
| Creditor's mailing address<br>**c/o John P. Kincade** | Describe the lien |
| | **Business Loan / Agreement** |
| **500 Winstead Building** | Is the creditor an insider or related party? |
| **2728 N. Harwood Street** | ☑ No |
| **Dallas          TX    75201** | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ☐ No |
| Date debt was incurred  **Various** | ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number  ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>Check all that apply. |
| Do multiple creditors have an interest in the same property? | ☐ Contingent |
| ☐ No | ☐ Unliquidated |
| ☑ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed |

Column A: **$5,021,653.00**   Column B: **$12,428,779.00**

For Checking account  Wells Fargo: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Checking account  Wells Fargo: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Checking account  Wells Fargo: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Vehicles See Exhibit: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Shop Equipment See Exhibit: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Trailers See Exhibit: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Mobile homes for employees See Exhibit: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Fuel and parts inventory See Exhibit: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc.. For Accounts Receivable: 1) Wells Fargo Bank; 2) Wells Fargo Equipment Finance, Inc..

Debtor  **Tall City Well Service, LP**                                    Case number (if known) **16-70079**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

**2.2**

Creditor's name
**Wells Fargo Equipment Finance, Inc.**

Describe debtor's property that is subject to a lien
**Equipment**

**$7,407,126.00**          **$12,428,779.00**

Creditor's mailing address
**c/o John P. Kincade**

**500 Winstead Bldg**

**2728 N. Harwood St.**

**Dallas               TX    75201**

Describe the lien
**Business Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **Various**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

| **Fill in this information to identify the case:** |
|---|
| Debtor **Tall City Well Service, LP** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number **16-70079** (if known) |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $653,764.64 | $653,764.64 |

**2.1** Priority creditor's name and mailing address

**IRS**

**300 E 8th Street**

**M/S 5026 AUS**

**Austin**      **TX**    **78701**

Date or dates debt was incurred
**Various**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|--------|-------------------------------|------------------------|--------------|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1  Nonpriority creditor's name and mailing address

**3B Ranch Water Station**

**P.O. Box 833**

**Kermit**　　　　　**TX**　　**79745**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,685.00**

### 3.2  Nonpriority creditor's name and mailing address

**3TG, LLC**

**Water Station**

**1 Diana Lane**

**San Angelo**　　　**TX**　　**76904**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,824.00**

### 3.3  Nonpriority creditor's name and mailing address

**5-H Water Station**

**22501 S. Hwy 349**

**Midkiff**　　　　**TX**　　**79755**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$165.00**

### 3.4  Nonpriority creditor's name and mailing address

**7 SWD, LLC**

**P.O. Box 669**

**Winters**　　　　**TX**　　**79567**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$195.00**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$533.00** |

**A + Auto Glass**

**852 W. Sundown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Odessa**   TX   79766

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233.00** |

**A - 1 Sign Engravers, Inc.**

**P.O. Box 2641**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Midland**   TX   79702

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$728.00** |

**AIM Media Texas Operating, LLC**

**Odessa American**

**P.O. Box 3959**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**McAllen**   TX   78502

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,319.00** |

**Aire Serv**

**Heating & AC**

**P.O. Box 4591**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Midland**   TX   79704

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**  Nonpriority creditor's name and mailing address

**Airgas USA, LLC**

**P.O. Box 676015**

**Dallas**                     **TX**     **75267-6015**

Date or dates debt was incurred          **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,471.50**

**3.10**  Nonpriority creditor's name and mailing address

**Airgas USA, LLC**

**P.O. Box 676015**

**Dallas**                     **TX**     **75267-6015**

Date or dates debt was incurred          **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,826.06**

**3.11**  Nonpriority creditor's name and mailing address

**Alcan Auto Parts, Inc.**

**1040 N. Grandview**

**Odessa**                     **TX**     **79761-3149**

Date or dates debt was incurred          **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$176.18**

**3.12**  Nonpriority creditor's name and mailing address

**American Water Sales**

**P.O. Box 4636**

**3559 N FM 1212**

**Tarzan**                     **TX**     **79783**

Date or dates debt was incurred          **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$204.00**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.62** |

**Anchor Bolt and Supply Company**

**722 W. 2nd**

**P.O. Box 908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**     **TX**     **79760**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |

**Aqua Terra Water Management**

**14090 Southwest**

**Fwy #300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sugar Land**     **TX**     **77478**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,777.88** |

**AT&T**

**P.O. Box 5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**     **IL**     **60197-5019**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,922.66** |

**Austin Distributing**

**P.O. Box 7890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amarillo**     **TX**     **79114-7890**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

**B-Line Filter & Supply, Inc.**

**P.O. Box 4598**

Odessa  TX  79760

Date or dates debt was incurred **Various**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,919.66**

---

**3.18** Nonpriority creditor's name and mailing address

**B-Line Lube & Filter**

**P.O. Box 4617**

Odessa  TX  79760

Date or dates debt was incurred **Various**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,440.00**

---

**3.19** Nonpriority creditor's name and mailing address

**Big Toe Wreckers**

**2922 S.County Rd. West**

Odessa  TX  79766

Date or dates debt was incurred **Various**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$830.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Blue Duck SWD, LLC**

**10455 North Central Expressway**

**Ste. 109 #376**

Dallas  TX  75231

Date or dates debt was incurred **Various**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,701.50**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.21 Nonpriority creditor's name and mailing address

**Blue Ribbon Technology**

**P.O. Box 4346**

**Department 60**

| **Houston** | **TX** | **77210** |
|---|---|---|

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,677.29**

### 3.22 Nonpriority creditor's name and mailing address

**BMD Martin, LLC**

**500 Main St., Ste.900**

| **Fort Worth** | **TX** | **76102** |
|---|---|---|

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$132.00**

### 3.23 Nonpriority creditor's name and mailing address

**BMD Reagan, LLC**

**500 Main Street, Ste. 900**

| **Fort Worth** | **TX** | **76102** |
|---|---|---|

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,921.50**

### 3.24 Nonpriority creditor's name and mailing address

**BMD West Glasscock, LLC**

**500 Main Street, Ste 900**

| **Fort Worth** | **TX** | **76102** |
|---|---|---|

Date or dates debt was incurred **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,579.50**

| Debtor | **Tall City Well Service, LP** | Case number (if known)   **16-70079** |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$948.25** |
|---|---|---|---|

**Boler Equipment Svc., Inc.**

**P.O. Box 80426**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79708** |
|---|---|---|

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.02** |
|---|---|---|---|

**Brakes & Wheels, Inc.**

**3245 Kermit Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Odessa** | **TX** | **79764-6492** |
|---|---|---|

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$883.94** |
|---|---|---|---|

**Bruckner's Truck Sales, Inc.**

**Dept 959**

**P.O. Box 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Memphis** | **TN** | **38148** |
|---|---|---|

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Bryant Ranch**

**110 N. Marienfield**

**Ste. 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79701** |
|---|---|---|

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | | **$156.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**BTA Oil Producers**
**104 S. Pecos**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Midland** | **TX** | **79701** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | | **$372.50** |

As of the petition filing date, the claim is: *Check all that apply.*

**Buckhorn Energy Svc**
**5613 DTC Parkway**
**Ste. 800**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Greenwood Village** | **CO** | **80111** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | | **$2,052.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**C & H Water Company, LLC**
**1108 W. Co. Rd. 130**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Midland** | **TX** | **79706** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | | **$66.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**C & N Trucking, LLC**
**P.O. Box 1218**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| **Kermit** | **TX** | **79745** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**Chance Properties Co.**

**P.O. Box 1221**

**Kermit**     **TX**    **79745**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,599.00**

---

**3.34**   Nonpriority creditor's name and mailing address

**Continental Battery Company**

**4919 Woodall Street**

**Dallas**     **TX**    **75247**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,915.00**

---

**3.35**   Nonpriority creditor's name and mailing address

**Cook Water Station**

**P.O. Box 131**

**Stanton**     **TX**    **79782-0131**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$48.00**

---

**3.36**   Nonpriority creditor's name and mailing address

**Corey Sly Electrical Svc., Inc.**

**1406 Cotton Flat**

**Midland**     **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$89,480.49**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**    Nonpriority creditor's name and mailing address

**Cougar Cleaning Equipment**

**P.O. Box 13985**

**Odessa**     **TX**    **79768-3985**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$72.00**

---

**3.38**    Nonpriority creditor's name and mailing address

**Crazy Horse SWD, LLD**

**P.O. Box 1479**

**Carlsbad**     **NM**    **88221**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,786.00**

---

**3.39**    Nonpriority creditor's name and mailing address

**CRS Diagnostic Services, LLC**

**P.O. Box 216**

**Andrews**     **TX**    **79714**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,370.00**

---

**3.40**    Nonpriority creditor's name and mailing address

**Cuervo, Inc.**

**P.O. Box 1208**

**Fort Stockton**     **TX**    **79735**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,912.50**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**  Nonpriority creditor's name and mailing address

**CWO, Inc.**

**P.O. Box 1877**

_____

**Monahans**                    **TX**      **79756**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

$344.50

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42**  Nonpriority creditor's name and mailing address

**D & B Fresh Water Station**

**David Weishuhn**

**2255 CR 150**

**Garden City**                **TX**      **79739**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

$2,105.00

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43**  Nonpriority creditor's name and mailing address

**Dandy Specialties, Inc.**

**Dept. 207**

**P.O. Box 4346**

**Houston**                    **TX**      **77210-4346**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

$916.37

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44**  Nonpriority creditor's name and mailing address

**Dell Business Credit**

**Payment Processing Center**

**P.O. Box 5257**

**Carol Stream**              **IL**      **60197-5257**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

$1,555.00

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.19** |
|---|---|---|---|

**Diamond Fleet Parts, Inc.**
**1925 W 2nd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**      **TX**    **79763**

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.12** |
|---|---|---|---|

**Eagle Rubber and Supply**
**P.O. Box 1253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Levelland**      **TX**    **79336**

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$401.28** |
|---|---|---|---|

**Eagle Storage**
**7682 Falcon Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Angelo**      **TX**    **76901**

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
|---|---|---|---|

**Earhart Fresh Water**
**2450 Hwy 137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Stanton**      **TX**    **79782**

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.49  Nonpriority creditor's name and mailing address

**EDDR Joint Venture**

**AKA Hwy 158 Water Station**

**P.O. Box 10019**

**Midland**　　　　　　　**TX**　　**79702**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$135.00**

### 3.50  Nonpriority creditor's name and mailing address

**Enertek Efficiency Svc., LLC**

**11805 Interstate 27**

**Amarillo**　　　　　　　**TX**　　**79119**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,725.00**

### 3.51  Nonpriority creditor's name and mailing address

**Falcon Technologies & Svc, Inc.**

**P.O. Box 202901**

**Dallas**　　　　　　　**TX**　　**75320-2901**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,849.50**

### 3.52  Nonpriority creditor's name and mailing address

**Five G Leasing, Inc.**

**3051 County Rd. 130**

**Garden City**　　　　　　　**TX**　　**79739**

Date or dates debt was incurred　**Various**

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$796.50**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address

**Fleetpride**

**P.O. Box 847118**

**Dallas**                          **TX**    **75284-7118**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,958.54**

---

**3.54**   Nonpriority creditor's name and mailing address

**Fluido Energy Svc., LLC**

**P.O. Box 366**

**Crane**                          **TX**    **79731**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$913.50**

---

**3.55**   Nonpriority creditor's name and mailing address

**Forrest Tire Co., Inc.-Odessa**

**P.O. Box 1778**

**Carlsbad**                      **NM**    **88221-1778**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$14,264.96**

---

**3.56**   Nonpriority creditor's name and mailing address

**Frig-n Water Station**

**1100 N. Main Ave.**

**Big Lake**                      **TX**    **76932**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$203.50**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**  Nonpriority creditor's name and mailing address

**Frio Water Holdings, LLC**

**6413 N. Hwy 349, Bldg F**

**Midland**　　　　　　**TX**　　**79705**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$44.00**

---

**3.58**  Nonpriority creditor's name and mailing address

**Fuel Mark**

**P.O. Box 69192**

**Odessa**　　　　　　**TX**　　**79769**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,802.50**

---

**3.59**  Nonpriority creditor's name and mailing address

**G & K Services, Inc.**

**P.O. Box 842385**

**Boston**　　　　　　**MA**　　**02284**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$32,136.23**

---

**3.60**  Nonpriority creditor's name and mailing address

**G & M Water Station #1**

**P.O. Box 222**

**Midkiff**　　　　　　**TX**　　**79755**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$390.00**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** | Nonpriority creditor's name and mailing address

**Garden City Water Station**
**James Cypert**
**P.O. Box 63**

**Garden City** TX **79739**

Date or dates debt was incurred **Various**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,970.50**

---

**3.62** | Nonpriority creditor's name and mailing address

**Gary Halfmann Farms, Inc.**
**2200 CR 105**

**Garden City** TX **79739**

Date or dates debt was incurred **Various**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$60.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**Geoforce, Inc.**
**Dept. 3241**
**P.O. Box 123241**

**Dallas** TX **75312-3241**

Date or dates debt was incurred **Various**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,019.50**

---

**3.64** | Nonpriority creditor's name and mailing address

**GJ&K Freshwater Station**
**1851 County Road 130**

**Garden City** TX **79739**

Date or dates debt was incurred **Various**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.00**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**  Nonpriority creditor's name and mailing address

**Glamorous Window Coverings**

**P.O. Box 2703**

**Odessa**                **TX**     **79760**

Date or dates debt was incurred      **Various**

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,635.65**

---

**3.66**  Nonpriority creditor's name and mailing address

**GNJ Water, Inc.**

**P.O. Box 414**

**Pyote**                **TX**     **79777**

Date or dates debt was incurred      **Various**

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$72.00**

---

**3.67**  Nonpriority creditor's name and mailing address

**Grace Operating, Inc.**

**P.O. Box 66**

**Andrews**                **TX**     **79714**

Date or dates debt was incurred      **Various**

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,764.00**

---

**3.68**  Nonpriority creditor's name and mailing address

**Graham Water Station**

**Roy H. Graham**

**12609 FM 307**

**Midland**                **TX**     **79706**

Date or dates debt was incurred      **Various**

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,140.00**

---

Debtor   **Tall City Well Service, LP**                                     Case number (if known)   **16-70079**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**   Nonpriority creditor's name and mailing address

**H2Oil Recovery Svc.**

**P.O. Box 4906**

**Houston**                    **TX**    **77210**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,375.00**

---

**3.70**   Nonpriority creditor's name and mailing address

**Haley Brine Company**

**P.O. Box 779**

**10215 State Hwy 302 West**

**Kermit**                    **TX**    **79745**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,419.51**

---

**3.71**   Nonpriority creditor's name and mailing address

**Hatfield & Co., Inc.**

**P.O. Box 910862**

**Dallas**                    **TX**    **75391-0862**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$681.72**

---

**3.72**   Nonpriority creditor's name and mailing address

**Health Care Service Corporation**

**P.O. Box 731428**

**Dallas**                    **TX**    **75373-1428**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,173.25** |
|---|---|---|---|

**Henderson & Erickson, Inc.**

**410 N. Main**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79701** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$626.33** |
|---|---|---|---|

**Hill's Kwik Printing**

**2514 N. Grandview**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Odessa** | **TX** | **79761** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00** |
|---|---|---|---|

**Hwy 137 Fresh Water Station**

**ATTN: Bradley Batia**

**2106 Whitney Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79705** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,388.46** |
|---|---|---|---|

**Interstate Batteries of W.T.**

**P.O. Box 60264**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79711** |
|---|---|---|

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred   **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor **Tall City Well Service, LP**     Case number (if known) **16-70079**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.77** Nonpriority creditor's name and mailing address

**Interstate Billing Svc., Inc.**

**P.O. Box 2208**

**Decatur**     **AL**     **35609**

Date or dates debt was incurred     **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$431.92**

---

**3.78** Nonpriority creditor's name and mailing address

**J & M Cattle Co.**

**P.O. Box 163**

**Mentone**     **TX**     **79754**

Date or dates debt was incurred     **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,375.00**

---

**3.79** Nonpriority creditor's name and mailing address

**J J Keller & Assoc, Inc.**

**P.O. Box 6609**

**Carol Stream**     **IL**     **60197-6609**

Date or dates debt was incurred     **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,085.36**

---

**3.80** Nonpriority creditor's name and mailing address

**John's Sales & Svc., Inc**

**P.O. Box 14371**

**Odessa**     **TX**     **79768**

Date or dates debt was incurred     **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$527.32**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

**Jost Fresh Water Station**
**Lawrence & Helen Jost**
**1050 CR 130**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Garden City** | **TX** | **79739** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.00 |

**K & E Cook Water Station**
**P.O. Box 914**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Stanton** | **TX** | **79782** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kenneth Kase Conte**
**4143 Midrose Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75287** |

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,668.95 |

**KS Supplies, Inc.**
**2100 W 37th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Odessa** | **TX** | **79764** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85**  Nonpriority creditor's name and mailing address

**Leather Neck Svc.**
**P.O. Box 1177**

**Crane**                    **TX**    **79731-1143**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,586.00**

---

**3.86**  Nonpriority creditor's name and mailing address

**Leek Fire & Safety Co., Inc.**
**P.O. Box 1563**

**Odessa**                   **TX**    **79760**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,286.43**

---

**3.87**  Nonpriority creditor's name and mailing address

**Lily's Water Station**
**3110 East County Road 144**

**Midland**                  **TX**    **79706**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,404.00**

---

**3.88**  Nonpriority creditor's name and mailing address

**Loaded Dice Safety**
**P.O. Box 13627**

**Odessa**                   **TX**    **79768**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,262.97**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89**    Nonpriority creditor's name and mailing address

**Lone Star Gasket & Supply, Inc.**

**1416 N. Grant**

**P.O. Box 2615**

**Odessa**                          **TX**      **79760**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$20.82

---

**3.90**    Nonpriority creditor's name and mailing address

**Mantek**

**P.O. Box 971269**

**Dallas**                          **TX**      **75397-1269**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$50,014.02

---

**3.91**    Nonpriority creditor's name and mailing address

**Mark's Water Well Svc Drilling, Inc.**

**P.O. Box 295**

**Odessa**                          **TX**      **79760**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$170.50

---

**3.92**    Nonpriority creditor's name and mailing address

**Martin's Disposal LLC**

**4961 Cypress Ave.**

**Odessa**                          **TX**      **79764**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$277.99

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

### Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93**   Nonpriority creditor's name and mailing address

**Maverick Sherrod SWD No. 1, LLC**

**P.O. Box 1071**

**Midland**　　　　　　　　**TX**　　**79702**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$43,132.95**

---

**3.94**   Nonpriority creditor's name and mailing address

**McWhorter's Ltd**

**P.O. Box 2974**

**Lubbock**　　　　　　　　**TX**　　**79408**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,620.70**

---

**3.95**   Nonpriority creditor's name and mailing address

**Meliton Rodriguez**

**7944 S. Hwy 385**

**Odessa**　　　　　　　　**TX**　　**79766**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,238.56**

---

**3.96**   Nonpriority creditor's name and mailing address

**Melon Patch Water Station**

**P.O. Box 126**

**Garden City**　　　　　　　　**TX**　　**79739**

Date or dates debt was incurred　　**Various**

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$209.15**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.00 |
|---|---|---|---|

**Mendford Trucking**

**P.O. Box 87**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wink** | **TX** | **79789** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ($21.39) |
|---|---|---|---|

**MHC Kenworth - Odessa**

**P.O. Box 879269**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Kansas City** | **MO** | **64187-9269** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $976.00 |
|---|---|---|---|

**Michael V. Shelton MD PA**

**P.O. Box 14704**

**Belfast, ME 049154042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,137.94 |
|---|---|---|---|

**Midessa Telephone Systems, Inc.**

**P.O. Box 60688**

**2800 Laforce Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79711** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.101**   Nonpriority creditor's name and mailing address

**Midland County Appraisal District**

**c/o Laura J. Monroe**

**P.O. Box 817**

**Lubbock**                        **TX**      **79408**

Date or dates debt was incurred          **Various**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,065.96**

---

**3.102**   Nonpriority creditor's name and mailing address

**Miguel Iniguez**

**120 W. Adobe St.**

**Odessa**                         **TX**      **79766**

Date or dates debt was incurred          **Various**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

---

**3.103**   Nonpriority creditor's name and mailing address

**Mitchell's Water Svc**

**P.O. Box 764**

**Kermit**                         **TX**      **79745**

Date or dates debt was incurred          **Various**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$165.00**

---

**3.104**   Nonpriority creditor's name and mailing address

**Mrs. Lawson Water Station**

**504 Dove Hollow Trail**

**Georgetown**                     **TX**      **78633**

Date or dates debt was incurred          **Various**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$32.00**

---

Debtor    **Tall City Well Service, LP**              Case number (if known)   **16-70079**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                            Amount of claim

### 3.105

**Nonpriority creditor's name and mailing address**

**MTN Cotton Gin SWD, LLC**
**823 West Industrial Loop**

Midland             TX    79701

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$72.00**

### 3.106

**Nonpriority creditor's name and mailing address**

**MTN Crenshaw SWD**
**23 W Industrial Loop**

Midland             TX    79701

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$35.00**

### 3.107

**Nonpriority creditor's name and mailing address**

**MTN Energy Corp**
**23 W Industrial Loop**

Midland             TX    79701

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,794.00**

### 3.108

**Nonpriority creditor's name and mailing address**

**MTN Holley SWD, LLC**
**23 West Industrial Loop**

Midland             TX    79701

Date or dates debt was incurred    **Various**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$300.00**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**  Nonpriority creditor's name and mailing address

**MTN Horace Tubb SWD, LLC**

**23 West Industrial Loop**

**Midland**                    **TX**     **79701**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$120.00**

---

**3.110**  Nonpriority creditor's name and mailing address

**MTN Hwy 1450 SWD, LLC**

**23 W Industrial Loop**

**Midland**                    **TX**     **79701**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,220.00**

---

**3.111**  Nonpriority creditor's name and mailing address

**MTN Mabee II SWD**

**23 W. Industrial Loop**

**Midland**                    **TX**     **79701**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$280.00**

---

**3.112**  Nonpriority creditor's name and mailing address

**MTN Rayburn SWD**

**23 W Industrial Loop**

**Midland**                    **TX**     **79701**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,388.00**

---

Debtor    **Tall City Well Service, LP**                    Case number (if known)   **16-70079**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |

**MTN-Horace SWD, LLC**

**23 W Industrial Loop**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**                **TX**    **79701**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.00 |

**Nabors Completion & Production Svc Co**

**P.O. Box 975682**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                **TX**    **75397-5682**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,390.00 |

**NGL Energy Partners, LP**

**6120 South Yale Avenue Ste 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tulsa**                **OK**    **74136**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196,232.00 |

**NGL Water Solutions Permian, LLC**

**ATTN: Treasury**

**3773 Cherry Creek N Dr., Ste 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Denver**                **CO**    **80209**

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.117**    Nonpriority creditor's name and mailing address

**O Rourke Petroleum**

**P.O. Box 301150**

**Dallas**                         **TX    75303-1150**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$61,241.68

---

**3.118**    Nonpriority creditor's name and mailing address

**Odessa Physical Therapy**

**4407 N. Grandview**

**Odessa**                        **TX    79762**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$21,705.00

---

**3.119**    Nonpriority creditor's name and mailing address

**Odessa Pumps & Equipment**

**3209 N County Rd West**

**Odessa**                        **TX    79764**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$14.98

---

**3.120**    Nonpriority creditor's name and mailing address

**Odessa Regional Hospital**

**P.O. Box 4859**

**Odessa**                        **TX    79760**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$794.44

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

### Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.121**  Nonpriority creditor's name and mailing address

**Odessa Spring Brake & Axle, Inc.**

**915 E 2nd**

**P.O. Box 512**

**Odessa**           **TX**   **79760-0512**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,958.75

---

**3.122**  Nonpriority creditor's name and mailing address

**OWLSWD Operating, LLC**

**8214 Westchester Dr.**

**Ste. 850**

**Dallas**           **TX**   **75225**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,752.50

---

**3.123**  Nonpriority creditor's name and mailing address

**PA Prospect**

**c/o Crazy MTN, Inc.**

**P.O. Box 577**

**Laurel**           **MT**   **59044**

Date or dates debt was incurred   **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,725.00

---

**3.124**  Nonpriority creditor's name and mailing address

**Parsley Energy Operations, LLC**

**P.O. Box 11090**

**Midland**           **TX**   **79702**

Date or dates debt was incurred   **Variious**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$15,423.00

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.125** | Nonpriority creditor's name and mailing address |
|---|---|

**Permian Basin Payroll Svc, Inc.**

**3000 North Garfield, Ste 265**

**Midland**          **TX**      **79705-6496**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,307.88**

---

| **3.126** | Nonpriority creditor's name and mailing address |
|---|---|

**Permian Machinery Movers**

**P.O. Box 11281**

**Odessa**          **TX**      **79760**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$241.82**

---

| **3.127** | Nonpriority creditor's name and mailing address |
|---|---|

**Permian Premier Health Svc**

**P.O. Box 277719**

**Atlanta**          **GA**      **30364-7719**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$300.00**

---

| **3.128** | Nonpriority creditor's name and mailing address |
|---|---|

**Permian Regional Medical Center**

**P.O. Box 2108**

**Andrews**          **TX**      **79714**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,151.27**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|--------|-------------------------------|------------------------|--------------|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Petroplex SWD Systems, LLC**

**P.O. Box 1873**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,733.50

**Midland**                    **TX     79702**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __  __  __  __

---

| 3.130 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Pit Dog, LLC**

**2432 E FM 1212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.00

**Stanton**                    **TX     79782**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __  __  __  __

---

| 3.131 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Poco Crudo Svc, LLC**

**P.O. Box 11404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$144.00

**Midland**                    **TX     79702**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __  __  __  __

---

| 3.132 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Ponderosa Water Station**

**P.O. Box 694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Monahans**                    **TX     79756**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred     **Various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __  __  __  __

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133**  Nonpriority creditor's name and mailing address

**Premier Truck Group of Odessa**

**P.O. Box 203796**

**Dallas**                     **TX      75320-3796**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,127.92**

---

**3.134**  Nonpriority creditor's name and mailing address

**Pro-Select SWD 2, LLC**

**P.O. Box 7307**

**Midland**                     **TX      79708**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$500.00**

---

**3.135**  Nonpriority creditor's name and mailing address

**Pyote Disposal Co**

**P.O. Box 418**

**Pyote**                     **TX      79777-0418**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,570.00**

---

**3.136**  Nonpriority creditor's name and mailing address

**Pyote Water Systems II, LLC**

**400 W Illinois Ste 950**

**Midland**                     **TX      79701**

Date or dates debt was incurred          **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,106.00**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.137** Nonpriority creditor's name and mailing address

**Pyote Water Systems IV, LLC**

**400 W. Illinois Ste 950**

**Midland**      **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$85,964.45**

---

**3.138** Nonpriority creditor's name and mailing address

**Pyote Water Systems, III, LLC**

**400 W. Illinois**

**Ste. 950**

**Midland**      **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$824.00**

---

**3.139** Nonpriority creditor's name and mailing address

**Pyote Water Systems, LLC**

**400 W Illinois**

**Ste 900**

**Midland**      **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$78.00**

---

**3.140** Nonpriority creditor's name and mailing address

**Quill Corporatin**

**P.O. Box 37600**

**Philadelphia**      **PA**    **19101-0600**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$989.39**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

**RBJ & Associates, LLC**

**P.O. Box 50475**

**Midland**     **TX**    **79710**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$233,520.00

---

**3.142**   Nonpriority creditor's name and mailing address

**Redneck Water Pit, LLC**

**5207 w fm 818**

**BIG SPRING**     **TX**    **79720**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,479.55

---

**3.143**   Nonpriority creditor's name and mailing address

**Redtech Support**

**923 N Baird St**

**Midland**     **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,479.55

---

**3.144**   Nonpriority creditor's name and mailing address

**Republic Svc, Inc.**

**P.O. Box 840730**

**Dallas**     **TX**    **75284-0730**

Date or dates debt was incurred    **Various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,150.00

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
| --- | --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145** Nonpriority creditor's name and mailing address

**Rimrock Production, Inc.**

**3598 FM 448**

**Giddings**                    **TX**    **78942**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$125.00**

---

**3.146** Nonpriority creditor's name and mailing address

**Robert Walsh, Inc.**

**P.O. Box 717**

**Forsan**                    **TX**    **79733**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$353.50**

---

**3.147** Nonpriority creditor's name and mailing address

**Rogers Construction**

**P.O. Box 234**

**Garden City**                    **TX**    **79739**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$57.50**

---

**3.148** Nonpriority creditor's name and mailing address

**Rogers Lowe Properties, LLC**

**2104 Ironwood**

**Midland**                    **TX**    **79707**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,362.50**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address |
|---|---|

**Rush-Overland Manufacturing**

**P.O. Box 2488**

**2700 East I-20**

**Odessa**                          **TX      79760-2488**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,320.00

| 3.150 | Nonpriority creditor's name and mailing address |
|---|---|

**S.V. Reliable Transport, LLC**

**2963 S County Road West**

**Odessa**                          **TX      79766**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$49.50

| 3.151 | Nonpriority creditor's name and mailing address |
|---|---|

**Salt Water Partners #1 SWD, LLC**

**P.O. Box 3526**

**4201 E Hwy 158**

**Midland**                          **TX      79702**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,086.00

| 3.152 | Nonpriority creditor's name and mailing address |
|---|---|

**Saltwater Partners, LLC**

**P.O. Box 3526**

**Midland**                          **TX      79702**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$60.00

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.153**    Nonpriority creditor's name and mailing address

**Sandpit Water Station**

**P.O. Box 1081**

**Stanton**      **TX**    **79782**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$528.00**

---

**3.154**    Nonpriority creditor's name and mailing address

**Shady Acre Water Station**

**P.O. Box 722**

**Rankin**      **TX**    **79778**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,555.00**

---

**3.155**    Nonpriority creditor's name and mailing address

**Southwest Specialties, Inc.**

**P.O. Box 14194**

**Odessa**      **TX**    **79768**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,516.68**

---

**3.156**    Nonpriority creditor's name and mailing address

**SSF, LLC**

**P.O. Box 649**

**Andrews**      **TX**    **79714**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$150.00**

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.157** Nonpriority creditor's name and mailing address

**Stanley & Nelda Helmers**

**N.J. Water Station**

**2310 West 2nd St.**

Monahans          TX      79756

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$32.00

---

**3.158** Nonpriority creditor's name and mailing address

**Stinger Disposal, LLC**

**P.O. Box 71**

**515 West Harris Ave., Ste. 200**

San Angelo          TX      76902

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$402.00

---

**3.159** Nonpriority creditor's name and mailing address

**Stringer Disposal, LLC**

**P.O. Box 71**

San Angelo          TX      76902

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$28.00

---

**3.160** Nonpriority creditor's name and mailing address

**T.O. Midkiff**

**P.O. Box 66**

Midkiff          TX      79755

Date or dates debt was incurred      **Various**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$240.00

---

| | | |
|---|---|---|
| Debtor | **Tall City Well Service, LP** | Case number (if known) **16-70079** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.161 Nonpriority creditor's name and mailing address

**Tall City Brine, LLC**

**203 W. Wall Street, Ste 700**

**Midland**      **TX**    **79701**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,336.75**

### 3.162 Nonpriority creditor's name and mailing address

**Tervita, LLC**

**P.O. Box 840730**

**Dallas**      **TX**    **75284**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,440.50**

### 3.163 Nonpriority creditor's name and mailing address

**Tex & Barbara Halfmann, LLC**

**CR 270 Fresh Water Station**

**775 CR 130**

**Garden City**      **TX**    **79739**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$54.00**

### 3.164 Nonpriority creditor's name and mailing address

**Texas SWD Co, Inc.**

**P.O. Box 444**

**Big Lake**      **TX**    **76932**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,237.95**

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.165 | Nonpriority creditor's name and mailing address | | **$96.45** |
|---|---|---|---|

**The Hose Connection, Inc.**

**P.O. Box 13622**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Odessa** | **TX** | **79768** |
|---|---|---|

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.166 | Nonpriority creditor's name and mailing address | | **$5,326.46** |
|---|---|---|---|

**The McCreless Company**

**1318 N. Grant**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Odessa** | **TX** | **79761-3897** |
|---|---|---|

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.167 | Nonpriority creditor's name and mailing address | | **$1,177.50** |
|---|---|---|---|

**Topat Oil Corporation**

**505 N Big Spring St., Ste. 405**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Midland** | **TX** | **79701** |
|---|---|---|

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.168 | Nonpriority creditor's name and mailing address | | **$40,581.17** |
|---|---|---|---|

**Trinity Environmental SWD-Permian Basin**

**13443 Hwy 71 West**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Bee Cave** | **TX** | **78738** |
|---|---|---|

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred    **Various**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |

**Triple A Water Station, LLC**
**P.O. Box 54**
**1606 WCR 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**                **TX**      **79702**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,058.35** |

**Uline**
**980 W. Bethel Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Coppell**                **TX**      **75019**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,126.30** |

**Unifirst Holdings, Inc.**
**P.O. Box 1666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**                **TX**      **79760**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$442.06** |

**Union Steel of Texas**
**4534 W I-20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**                **TX**      **79769**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred  **Various**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |

---

### Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173**  Nonpriority creditor's name and mailing address

**United Rentals**

**1220 South Grandview Ave**

_____

**Odessa**         **TX**    **79761-7139**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$6,479.55

---

**3.174**  Nonpriority creditor's name and mailing address

**US Chaparral Water Systems, Inc.**

**P.O. Box 80249**

_____

**Midland**        **TX**    **79708**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$893.00

---

**3.175**  Nonpriority creditor's name and mailing address

**Valley Water**

**P.O. Box 3248**

_____

**Big Spring**     **TX**    **79721**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$240.00

---

**3.176**  Nonpriority creditor's name and mailing address

**Wagner Supply Co.**

**P.O. Box 225387**

_____

**Dallas**         **TX**    **75222-5387**

Date or dates debt was incurred     **Various**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$236.06

---

Debtor  **Tall City Well Service, LP**                           Case number (if known)  **16-70079**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.177**  Nonpriority creditor's name and mailing address

**Water Midstream Partners, LLC**

**P.O. Box 51167**

**Midland**                    **TX**    **79710**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$12,622.50

**3.178**  Nonpriority creditor's name and mailing address

**West Texas H2O, Ltd.**

**P.O. Box 10854**

**Midland**                    **TX**    **79702**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,690.00

**3.179**  Nonpriority creditor's name and mailing address

**Western Disposal Systems, LP**

**P.O. Box 3279**

**Corrales**                    **NM**    **87048-3270**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$708.50

**3.180**  Nonpriority creditor's name and mailing address

**Wichita Water, LLC**

**P.O. Box 848**

**Levelland**                    **TX**    **79336**

Date or dates debt was incurred    **Various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,192.00

Debtor    **Tall City Well Service, LP**                              Case number (if known)    **16-70079**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.181**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:         **$482.50**
*Check all that apply.*

**Wildcat Water, LLC**                                          ☐ Contingent
**3000 NOrth Garfield #210**                                   ☐ Unliquidated
                                                               ☐ Disputed

**Midland**                    **TX**    **79705**             Basis for the claim:
                                                               **Goods and/or Services**

Date or dates debt was incurred       **Various**             Is the claim subject to offset?
                                                               ☑ No
Last 4 digits of account number    __ __ __ __                ☐ Yes

---

**3.182**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:         **$48.00**
*Check all that apply.*

**Wilson Water Station**                                       ☐ Contingent
**P.O. Box 45**                                                ☐ Unliquidated
                                                               ☐ Disputed

**Stanton**                    **TX**    **79782**            Basis for the claim:
                                                               **Goods and/or Services**

Date or dates debt was incurred       **Various**             Is the claim subject to offset?
                                                               ☑ No
Last 4 digits of account number    __ __ __ __                ☐ Yes

---

**3.183**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:         **$22.15**
*Check all that apply.*

**WTG Fuels, Inc.**                                            ☐ Contingent
**P.O. Box 3514**                                              ☐ Unliquidated
                                                               ☐ Disputed

**Midland**                    **TX**    **79702**            Basis for the claim:
                                                               **Goods and/or Services**

Date or dates debt was incurred       **Various**             Is the claim subject to offset?
                                                               ☑ No
Last 4 digits of account number    __ __ __ __                ☐ Yes

---

**3.184**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:         **$670.00**
*Check all that apply.*

**XOG Operating, LLC**                                         ☐ Contingent
**P.O. Box 352**                                               ☐ Unliquidated
                                                               ☐ Disputed

**Midland**                    **TX**    **79702**            Basis for the claim:
                                                               **Goods and/or Services**

Date or dates debt was incurred       **Various**             Is the claim subject to offset?
                                                               ☑ No
Last 4 digits of account number    __ __ __ __                ☐ Yes

---

Debtor     **Tall City Well Service, LP**                                    Case number (if known)  **16-70079**

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

4.1  **IRS**                                                    Line _____

**P.O. Box 7346**                          ☑ Not listed.  Explain:
                                                    **Taxes**

**Philadelphia          PA      19101-7346**

Debtor     **Tall City Well Service, LP**                                    Case number (if known)  __16-70079__

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$653,764.64** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,402,088.92** |
| 5c. | **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | **$2,055,853.56** |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Tall City Well Service, LP** |
| --- | --- |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-70079** | Chapter | **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name **Tall City Well Service, LP**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-70079**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1 J G Solis** | **6801 Executive Ct.**<br>Number  Street<br><br>**Midland**  **TX**  **79707**<br>City  State  ZIP Code | **Wells Fargo Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2 J G Solis** | **6801 Executive Ct.**<br>Number  Street<br><br>**Midland**  **TX**  **79707**<br>City  State  ZIP Code | **Wells Fargo Equipment Finance, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3 J G Solis, Inc.** | **800S. Burleson St.**<br>Number  Street<br><br>**McCamey**  **TX**  **79752**<br>City  State  ZIP Code | **Wells Fargo Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4 J G Solis, Inc.** | **800 S. Burleson**<br>Number  Street<br><br>**McCamey**  **TX**  **79752**<br>City  State  ZIP Code | **Wells Fargo Equipment Finance, Inc.** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Tall City Well Service, LP**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **16-70079**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................

   **$12,446,731.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.............................................................

   **$12,446,731.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................

   **$12,428,779.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..............................

   **$653,764.64**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................

   **+  $1,402,088.92**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................

   **$14,484,632.56**

**Fill in this information to identify the case and this filing:**

Debtor Name __**Tall City Well Service, LP**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number __**16-70079**__
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/31/2016**__          X __**/s/ Joel G. Solis**__
　　　　　　 MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　 __**Joel G. Solis**__
　　　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　　　 __**Partner**__
　　　　　　　　　　　　　　　　　　 Position or relationship to debtor

| **Fill in this information to identify the case:** |
| Debtor name **Tall City Well Service, LP** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number **16-70079** (if known) |

☐ Check if this is an amended filing

### Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
   |---|---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **01/01/2016** to | Filing date | | ☑ Operating a business<br>☐ Other | **$3,552,958.00** |
   | For prior year: | From **01/01/2015** to | **12/31/2015** | | ☑ Operating a business<br>☐ Other | **$19,859,747.00** |
   | For the year before that: | From **01/01/2014** to | **12/31/2014** | | ☑ Operating a business<br>☐ Other | **$25,658,990.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Wells Fargo Bank** | **Vehicles** | **May 1, 2016** | |
| Creditor's Name | | | |
| **MAC C7300-055** | | | |
| Number    Street | | | |
| **1740 Broadway** | | | |
| | | | |
| **Denver** **CO** **80274** | | | |
| City    State    ZIP Code | | | |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:**   **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity–within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Wells Fargo Equipment Finance v Tall City Well Service et al** | **Sequestration** | **238 District Court** | ☑ Pending |
| | | Name | |
| | | **Midland, Texas** | ☐ On appeal |
| | | Number    Street | |
| Case number | | | ☐ Concluded |
| **CV52308** | | | |
| | | City    State    ZIP Code | |

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Jesse Blanco** | | **5/15/2016** | **$15,000.00** |

**Address**

**7406 Garden Grove**
Number     Street
**San Antonio, Texas 78250**

City                                State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12.   Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:**     **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**     **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■   diagnosing or treating injury, deformity, or disease, or

■   providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**     **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

---

Debtor    **Tall City Well Service, LP**        Case number (if known)   **16-70079**
       Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

---

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

**24.** Has the debtor notified any govermental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.** Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | **Debtor** | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **Debtor** | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code | |

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Wells Fargo Bank**
Name

_____
Street

_____

_____
City                                        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joel G. Solis** | **6801 Executive Court Midland, TX 79707** | **Partner** | **99%** |
| **Tall City Management, LLC** | | | **1%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Debtor | **Tall City Well Service, LP** | Case number (if known) | **16-70079** |
|---|---|---|---|
| | Name | | |

## Part 14:   Signature and Declaration

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/31/2016**
           MM / DD / YYYY

**X** **/s/ Joel G. Solis**                                      Printed name  **Joel G. Solis**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:                                          CHAPTER  **11**

**Tall City Well Service, LP**


DEBTOR(S)                                       CASE NO  **16-70079**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Partner** _____ of the _____ **Partnership** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **5/31/2016** _____     Signature: **/s/ Joel G. Solis** _____
                                                        **Joel G. Solis**
                                                        **Partner**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

In re:  **Tall City Well Service, LP**

CASE NO  **16-70079**

CHAPTER  **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income for 12 Months Prior to Filing:             **$10,000,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:             **$662,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$164,000.00** |
| 4. Payroll Taxes: | **$24,000.00** |
| 5. Unemployment Taxes: | **$14,000.00** |
| 6. Worker's Compensation: | **$5,000.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$5,000.00** |
| 12. Office Expenses and Supplies: | **$9,000.00** |
| 13. Repairs and Maintenance: | **$32,000.00** |
| 14. Vehicle Expenses: | **$22,000.00** |
| 15. Travel and Entertainment: | **$12,000.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$3,000.00** |
| 18. Insurance: | **$34,000.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|     **Security Agreement** | **$495,000.00** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$819,000.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):       **($157,000.00)**